# IN THE UNITED STATES DISTRICT COURT
## FOR THE _Southern_ DISTRICT OF TEXAS
### _Corpus Christi_ DIVISION

United States District Court
Southern District of Texas
FILED

MAR 22 1999

Michael N. Milby, Clerk

_Henry Curtis Jr. 519626_
**Plaintiff's name and ID Number**
_Willacy County State Jail_
_1695 Buffalo Dr_
_Raymondville Texas 78580_
**Place of Confinement**

**CASE NO.** _C-99-104_
(Clerk will assign the number)

v.

_Wayne Scott, Executive Director_
_Darrell Anderson, Warden Willacy County State Jail_
_P O Box 99 / 1695 Buffalo Drive_
_Huntsville Texas 77342 / Raymondville Texas 78557_
**Defendant's name and address** _Ms L Collins, Hospital Administrator of Willacy Unit_
_1695 Buffalo Drive_                                    _Medical Dept_
_Raymondville Texas 78577_

**APPLICATION TO PROCEED
IN FORMA PAUPERIS**

I, _Henry Curtis Jr._, declare, depose, and say I am the Plaintiff in the above entitled case.
In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state
because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for
the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1.  Have you received, within the last 12 months, any money from any of the following
    sources?

    a.  Business, profession or from self-employment          Yes☐  No☑
    b.  Rent payments, interest or dividends?                  Yes☐  No☑
    c.  Pensions, annuities or life insurance payments?        Yes☐  No☑
    d.  Gifts or inheritances?                                 Yes☐  No☑
    e.  Family or friends?                                     Yes☑  No☐
    f.  Any other sources?                                     Yes☐  No☐

    If you answered **YES** to any of the questions above, describe each source of money
    and state the amount received from each during the past 12 months.

    _Received from family once month. But can't take_
    _so much out Inmate Trust Fund for $150.00 Fee_

2.  Do you own cash, or do you have money in a checking or savings account, including any funds in
    prison accounts?
                    Yes☐              No☑
    If you answered **YES**, state the total value of the items owned.

1 of 2

2.

CSINIB02/CINIB02   TEXAS DEPARTMENT OF CRIMINAL JUSTICE      03/12/99
WI48/JME4588         IN-FORMA-PAUPERIS DATA            13:44:05
TDCJ#: 00819626 SID#: 02940098 LOCATION: WILLACY      INDIGENT DTE: 03/03/99
NAME: CURTIS,HENRY JR         BEGINNING PERIOD: 08/01/98
PREVIOUS TDCJ NUMBERS: 00983256
CURRENT BAL:    0.09 TOT HOLD AMT:     0.00 3MTH TOT DEP:    140.00
6MTH DEP:      140.00 6MTH AVG BAL:     14.94 6MTH AVG DEP:    23.33
MONTH HIGHEST BALANCE TOTAL DEPOSITS   MONTH HIGHEST BALANCE TOTAL DEPOSITS
01/99   100.78     100.00     10/98    0.83       0.00
12/98   20.18       40.00     09/98   37.48       0.00
11/98    0.13        0.00     08/98   37.48       0.00
PROCESS DATE   HOLD AMOUNT   HOLD DESCRIPTION

STATE OF TEXAS COUNTY OF _HARRIS_
ON THIS THE _10th_ DAY OF _MARCh_ ,__, I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE,AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _N/A_   OR SID NUMBER: _N/A_

3.   Do you own any real estate, stocks, bonds, notes, automobile or other valuable property, excluding ordinary household furnishings and clothing?

Yes☐          No☑

If you answered **YES**, describe the property and state its approximate value.

_____
_____

**I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury.  I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).**

Signed this the _____ day of _____, 19___

_____  ＊ 817626
Signature of Plaintiff          ID Number

**YOU <u>MUST</u> ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT.    YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE  FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

Revised 6/97