IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

| | | |
|---|---|---|
| AMANCIO GARCIA-PINALES, | § | |
|    Plaintiff-Petitioner, | § | |
| | § | CIVIL ACTION NO. B-00-067 |
| VS. | § | |
| | § | CRIMINAL NO. B-97-00177-003 |
| UNITED STATES OF AMERICA, | § | |
|    Defendant-Respondent. | § | |

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Amancio Garcia-Pinales ("Garcia-Pinales") has filed a petition pursuant to 28 U.S.C. § 2255 seeking to set aside his 91 month sentence following his guilty plea to Count Two of a two count indictment which charged him with conspiracy to possess and possession with intent to distribute a controlled substance. (Docket No. 1). The government has filed an answer which incorporates a Motion to Dismiss. (Docket No. 4). For the reasons set forth below, the government's Motion should be granted and this case dismissed.

## BACKGROUND

On July 2, 1997, Garcia-Pinales pled guilty to possession with intent to distribute a controlled substance. Following a motion by the government to reduce his sentence, on June 25, 1997, Garcia-Pinales was sentenced to 91 months confinement. The judgment was entered on October 23, 1997. There was no direct appeal. This § 2255 petition was field on May 16, 2000.

## RECOMMENDATION

Garcia-Pinales petition is time barred. He had one year from the entry of the judgment in his case to seek habeas relief. His time, including the time for filing a notice of appeal, expired on November 2, 1998.

All of Garcia-Pinales claims relate either to issues involving the search of his home, guideline application issues or ineffective assistance of counsel. None of his claims implicate any of the reasons set forth in 28 U.S.C. § 2255 as to why the one year limitations should be tolled.

IT IS THEREFORE RECOMMENDED that the government's Motion to Dismiss be **GRANTED**. IT IS FURTHER RECOMMENDED that Amancio Garcia-Pinales's Habeas Petition be **DISMISSED**.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within 10 days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. *Douglass v. United Services Automobile Association*, 79 F.3d 1415 (5th Cir. 1996).

DONE at Brownsville, Texas, this 22nd day of September, 2000.

John Wm. Black
United States Magistrate Judge