IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| AMANCIO GARCIA-PINALES, | § | |
|    Plaintiff-Petitioner, | § | |
| | § | CIVIL ACTION NO. B-00-067 |
| VS. | § | |
| | § | CRIMINAL NO. B-97-00177-003 |
| UNITED STATES OF AMERICA, | § | |
|    Defendant-Respondent. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**REPORT AND RECOMMENDATION AND DISMISSING PETITION**

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of September 22, 2000, should be adopted and the petition be dismissed.

DONE in Brownsville, Texas, on this 2nd day of November, 2000.

Filemon B. Vela
United States District Judge